## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

MICHAEL KIEFNER,

        Plaintiff,

vs.                                                                 Case Number: 13-cv-714-TCK-FHM

DANIEL S. SULLIVAN, et al.,

        Defendants.

### SETTLEMENT CONFERENCE REPORT

On 05/27/2014 a Settlement Conference was held in the captioned matter.

☐    The litigation was settled; within _____ days of the date hereof, the Plaintiff and Defendant shall file:

      --   a Stipulation of Dismissal
          OR
      --   a Journal Entry of Judgment.

☒    The litigation was not settled.

☐    Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2014.

DATED: 05/27/2014.

_____
Paul J. Cleary
U.S. Magistrate Judge